IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY GIDDINGS,
    Petitioner,

v.

EDWARD KLEM, *et al.*,
    Respondents.

CIVIL ACTION NO. 04-CV-3847

FILED MAY 23 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

<u>**ORDER**</u>

AND NOW, this 23rd day of May 2018, **IT IS ORDERED** that Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b), Fed.R.Civ.P. is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **CLOSE** this matter and that there is no cause to issue a certificate of appealability.

BY THE COURT:

_____
**ROBERT F. KELLY**

4